Brian J. McMahon
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545

Whitney D. Cooke (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.**
901 New York Ave., N.W.
Washington, DC 20010
Telephone: (202) 408-4000

*Attorneys for Plaintiff
Koninklijke Philips Electronics N.V.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V., | Civil Action No. 11-3684 (DMC) (JAD) |
| Plaintiff, | *Document electronically filed* |
| v. | |
| HUNT CONTROL SYSTEMS, INC., AN ASSUMED TRADE NAME FOR CARIBE CORPORATION, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Defendant/Counterclaimant. | |

**PLEASE TAKE NOTICE** that David M. Kelly, Esq. and Stephanie H. Bald, Esq. hereby withdraw their appearances as *pro hac vice* counsel for Plaintiff Koninklijke Philips Electronics N.V. ("Plaintiff") in the above-captioned action and request that their names be removed from any service list, including any list for e-notification, maintained by the Clerk of the Court and the parties in this matter.

Brian J. McMahon and J. Brugh Lower, of the law firm of Gibbons P.C., and Whitney D. Cooke (admitted *pro hac vice*) and Mark Sommers and Naresh Kilaru (*pro hac vice* applications pending) of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., will continue to serve as counsel for Plaintiff in this matter.

Dated: April 26, 2012

s/ Brian J. McMahon
Brian J. McMahon
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
bmcmahon@gibbonslaw.com