

BRIAN J. MCMAHON
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4705 Fax: (973) 639-6229
bmcmahon@gibbonslaw.com

October 19, 2015

<u>VIA ECF</u>

Hon. Stanley R. Chesler, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

      Re:   <u>Koninklijke Philips N.V. v. Hunt Control Systems, Inc.</u>
           <u>Civil Action No. 2:11-cv-03684 (SRC) (CLW)</u>

Dear Judge Chesler:

      This firm, along with Kelly IP, LLP, represents Koninklijke Philips N.V. ("Philips") in the above-referenced matter.  Pursuant to the schedule mutually agreed to by the parties and set by the Court's August 17, 2015 Order (ECF No. 172), motions for summary judgment are due to be filed on October 23, 2015.  Because of the number of the legal and factual matters that must be addressed in the summary judgment motion, we write to respectfully request an extension of the page limits for moving and responsive briefs.  We have conferred with counsel for Hunt Control Systems, Inc. ("Hunt") and they have consented to a mutual extension of page limits. We therefore respectfully request that Philips and Hunt be permitted a ten (10) page extension of the page limits for their moving and responsive brief, respectively.

      If the extended page limits are acceptable to the Court, we respectfully request that the Court "So Order" this letter.  We thank Your Honor for consideration of this request.

                                Respectfully submitted,

                                <u>s/ Brian J. McMahon</u>
                              Brian J. McMahon
                              Director

cc:     Gerald Krovatin
         Luke Santangelo
         J. Brugh Lower
         David M. Kelly
         Robert D. Litowitz
         Stephanie H. Bald
         (all via email)