UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| KONINKIJKE PHILIPS ELECTRONICS N.V., | : : : : | Civil Action No. 11-3684 (SRC)(CLW) |
| Plaintiff/Counterclaim Defendant, | : : | ORDER |
| v. | : : |  |
| HUNT CONTROL SYSTEMS, INC., AN ASSUMED TRADE NAME FOR CARIBE CORPORATION, | : : : : |  |
| Defendant/Counterclaim Plaintiff. |  |  |

**CHESLER**, District Judge

This matter came before the Court upon four motions: (1) the motion for summary judgment filed by Plaintiff/Counterclaim Defendant Koninkijke Philips Electronics N.V. ("Philips") [Docket Entry 189]; (2) the motion for summary judgment filed by Defendant/Counterclaim Plaintiff Hunt Control Systems, Inc. ("Hunt") [Docket Entry 179]; (3) Hunt's motion to exclude the expert report and testimony of Michael Barone [Docket Entry 183]; and (4) Hunt's motion to exclude the expert report and testimony of Alex Simonson [Docket Entry 186]; and all motions having been opposed; and the Court having opted to rule on the papers submitted, and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith; and good cause shown,

**IT IS** on this 29th day of June, 2016,

1

**ORDERED** that Philips's motion for summary judgment [Docket Entry 189] is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 56(a), judgment is entered in favor of Philips on the issue of availability of monetary remedies for all Counts in Hunt's Counterclaim, as discussed in the Opinion filed herewith [Docket Entry 7]; and it is further

**ORDERED** that the remainder of the summary judgment motion filed by Philips is **DENIED**; and it is further

**ORDERED** that Hunt's motion for summary judgment [Docket Entry 179] be and hereby is **DENIED**; and it is further

**ORDERED** that Hunt's motion to exclude the testimony and expert report of Michael Barone [Docket Entry 183] is **DENIED**; and it is further

**ORDERED** that Hunt's motion to exclude the testimony and expert report of Alex Simonson [Docket Entry 186] is **DENIED**.

                                                                                     s/ Stanley R. Chesler
                                                                                     STANLEY R. CHESLER
                                                                                     United States District Judge

Dated: June 29, 2016